IN THE MATTER OF THE COMPLAINT OF INTEROCEAN SHIPS, INC.,
OWNER AND OPERATOR OF THE M/V "OCEAN PEARL,"
FOR EXONERATION FROM OR LIMITATION OF LIABILITY

High Court of American Samoa
Trial Division

CA 43-84

July 27, 1984

Before GARDNER, Chief Justice, Presiding, TAUANU'U, Chief Associate Judge and OLO, Associate Judge.

GARDNER, C.J.

Interocean Ships, Inc., the vessel owner, filed a petition in the High Court of American Samoa for a limitation of liability pursuant to 46 U.S.C. section 183.

Title 46 U.S.C. section 185 allows a vessel owner to "petition a district court of the United States of competent jurisdiction . . . ."

The High Court of American Samoa is not a district court of the United States. This court has no jurisdiction over this matter. Matter dismissed.